# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KENT D. GRITZMACHER,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-700-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    The petition of plaintiff for an award of attorney fees and expenses under the Equal Access to Justice Act is GRANTED and plaintiff is AWARDED fees and costs in the amount of $9,525.60 .

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____1/26/09_____
Date